**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNE NAKASONE,<br><br>       Plaintiff,<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>       Defendants. | Case No. 5:22-cv-00461-SVK<br><br>[Case Assigned to Magistrate Judge Susan van Keulen for all purposes]<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  January 24, 2022 |

1    Upon consideration of the Parties' Joint Stipulation to continue the Case Management

2   Conference, and good cause appearing,

3    **IT IS HEREBY ORDERED THAT:**

4    The Parties' stipulation to continue the Case Management Conference is GRANTED.

5    The Case Management Conference set for May 17, 2022, at 9:30 A.M., is continued to

July 12                    at 9:30 A.M.

6   ~~June 16~~, 2022, ~~or a date thereafter that is suitable for the Court~~.

7    **IT IS SO ORDERED.**

8

9   DATED: May 5, 2022                                _____

10                                                                      Hon. Judge Susan van Keulen
                                                                        United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                 Case No. 5:22-cv-00461-SVK